UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| RE: Tamika B Shambee | ) | Case No. 14-44772 |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Judge: Carol A. Doyle |

SSN: xxx-xx-7408

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

TO: CTA
Attn: Payroll Department
567 W Lake Street
Chicago, IL 60661

WHEREAS, the above-named Debtor has submitted a plan to pay his debts out his future earnings, and by his plan submits all of his future earnings to the supervision and control of this Court for the purpose of carrying out the plan;

NOW, THEREFORE, IT IS ORDERED, that until further Order of this Court, Employer of said Debtor shall deduct from the earnings of the Debtor the sum of:

### $176.314 Bi-Weekly

Beginning on the next pay day following receipt of this Order and to pay the sum so deducted at least once a month to:

**TOM VAUGHN, Standing Trustee**
**PO Box 588**
**Memphis, TN 38101-0588**

IT IS FURTHER ORDERED that the employer shall stop or change the amount of the deduction upon written notice from the Trustee;

IT IS FURTHER ORDERED that the employer notify the Trustee if the Employment of the Debtor is terminated and reason for such termination;

IT IS FURTHER ORDERED that all earnings of the Debtor, except amounts required to be withheld by the provisions of Federal, State or local taxes or by any insurance, pension or union dues agreement shall be paid to the Debtor and that no deduction other than authorized or directed by this Order be made by the employer,

ENTERED: DEC 29 2014

_____
Bankruptcy Judge

I agree to entry of this Order without further notice or hearing.

DATE: 12/19/14

_____
Debtor or Attorney