**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 14 B 44772 |
| | ) | |
| TAMIKA B. SHAMBEE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**NOTICE OF MOTION OF SANTANDER CONSUMER USA INC.,
TO MODIFY AUTOMATIC STAY AND CO-DEBTOR STAY**

VIA ELECTRONIC NOTICE:

To:  Tom Vaughn (Trustee)　　　　　　　　David H. Cutler, Esq. (Debtor's Counsel)
　　　55 East Monroe Street, Suite 3850　　　Cutler & Associates, Ltd.
　　　Chicago, Illinois 60603　　　　　　　　4131 Main Street
　　　　　　　　　　　　　　　　　　　　　Skokie, Illinois 60076

VIA U.S. MAIL:
　　　Tamika B. Shambee (Debtor)　　　　　Jana Barton (Co-Debtor)
　　　1709 Dodge Avenue　　　　　　　　　1709 Dodge Avenue
　　　Evanston, Illinois 60201　　　　　　　Evanston, Illinois 60201

　　　　　Please take notice that on the 3rd day of November, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, in Courtroom 742 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached ***Motion of Santander Consumer USA Inc., to Modify Automatic Stay and Co-Debtor Stay,*** which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SANTANDER CONSUMER USA INC.,
　　　　　　　　　　　　　　　　　　　　Creditor,

　　　　　　　　　　　　　　　　　　　　By:  ___/s/ Cari A. Kauffman___
　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)
Santander/Shambee/Motion to Modify Stay

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 21st day of October, 2015, before the hour of 5:00 p.m.

                 ___/s/ Cari A. Kauffman___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 14 B 44772 |
| | ) | |
| TAMIKA B. SHAMBEE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**MOTION OF SANTANDER CONSUMER USA INC.,
TO MODIFY AUTOMATIC STAY AND CO-DEBTOR STAY**

SANTANDER CONSUMER USA INC. ("Santander"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 (West 2015), and such other Sections and Rules as may apply, to enter an Order modifying the automatic stay and co-debtor stay to allow Santander to obtain possession of its secured collateral. In support thereof, Santander states as follows:

1. On December 17, 2014, Debtor, Tamika B. Shambee ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. Thereafter, on May 7, 2015, Debtor filed a Modified Chapter 13 Plan (the "Plan"), which provides for direct payments to Santander on Santander's secured claim, and which was confirmed on May 12, 2015.

2. That Santander is a creditor of the Debtor and another individual, Jana Barton, ("Co-Debtor") with respect to a certain indebtedness secured by a lien upon a 2009 Chevrolet Traverse motor vehicle bearing a Vehicle Identification Number ("VIN") of 1GNER13D99S159740 (the "Vehicle"). (See Ex. "A").

3. As set forth in the Retail Installment Contract (the "Contract") attached as part of Exhibit "A", Debtor and Co-Debtor were required to tender equal monthly payments to Santander, each in the sum of $682.84 with an interest rate of 24.99%. (See Ex. "A").

4. Debtor and Co-Debtor have failed to make required payments to Santander due on and after July 25, 2015, resulting in a default and a total outstanding balance due to Santander from Debtor and Co-Debtor in the sum of $27,403.70.

5. Additionally, Debtor and Co-debtor have not provided Santander or its counsel with proof of a valid insurance policy for the Vehicle identifying Santander as loss payee to protect Santander's interest in the Vehicle from loss or destruction.

6. As such, Santander seeks relief from the automatic stay and co-debtor stay so that it may take possession of and sell the Vehicle and apply the proceeds from such sale to the balance due from Debtor and Co-Debtor.

7. Debtor has not offered, and Santander is not receiving, adequate protection for its secured interest or depreciating value.

8. Debtor has no equity in the Vehicle, and the Vehicle is not necessary to an effective reorganization by the Debtor.

9. Santander will suffer irreparable injury, harm and damage should it be delayed in taking possession of the Vehicle and foreclosing its security interest therein.

10. Santander requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE**, Santander Consumer USA Inc., respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay and co-debtor stay provided by Sections 362 and 1301 of the Bankruptcy Code to permit Santander to take immediate possession of and foreclose its security interest in the 2009 Chevrolet Traverse motor vehicle bearing a Vehicle Identification Number ("VIN") of 1GNER13D99S159740; and, for such other, further and different relief as this Court deems just and proper.

        Respectfully submitted,

        SANTANDER CONSUMER USA INC.,
        Creditor,

        By: ___/s/ Cari A. Kauffman___
            One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 N. LaSalle Street, Suite 1700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)