UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 14-44772
TAMIKA B. SHAMBEE )
)
) Chapter: 13
)
) Honorable Carol Doyle
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming before the Court upon the Motion of SANTANDER CONSUMER USA INC., to Modify the Automatic Stay pursuant to Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §§362, 1301 (West 2015), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of SANTANDER CONSUMER USA INC., to Modify Automatic Stay and Co-Debtor Stay is hereby granted;

2. That the automatic stay provided by Sections 362 and 1301 of the Bankruptcy Code, 11 U.S.C. §362, 1301 (West 2015) is hereby modified as to Debtor, TAMIKA B. SHAMBEE, and Co-Debtor, JANA BARTON, to permit SANTANDER CONSUMER USA INC., to take possession of, sell and foreclose its security interest in the 2009 Chevrolet Traverse motor vehicle bearing a Vehicle Identification Number ("VIN") of 1GNER13D99S159740, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

/s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 17, 2015

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)