UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-44772 |
| Tamika B Shambee | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER

This matter coming to be heard on the Motion of the Debtor to Vacate Payroll Control Order,

IT IS HEREBY ORDERED:

The Debtor's Motion to Vacate Payroll Control Order is granted.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  June 05, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600