IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-44772 |
| Tamika B Shambee | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Carol A. Doyle |

NOTICE OF MOTION

To:

The United States Trustee, Patrick S. Layng *notice via ECF delivery system*

Tom Vaughn, Chapter 13 Trustee *notice via ECF delivery system*

Tamika B Shambee, 1709 Dodge Ave Evanston, IL 60201 *notice via US Mail*

Phillips Chevrolet of Lansing, 17730 Torrence Avenue, Lansing, IL 60438 *notice via US Mail*

Sorman & Frankel, Ltd., C/O Cari A Kauffman for Santander, 180 North LaSalle Street Suite 2700, Chicago, IL 60601 *notice via US Mail*

SHAPIRO KREISMAN & ASSOCIATES, LLC, C/O Michael N Burke for Bank of America, 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015 *notice via US Mail*

Weiss McClelland LLC, C/O Jill Sidorowicz for Bank of America, 105 West Adams Street, Suite 1850, Chicago, IL 60603 *notice via US Mail*

*See attached service list*

On May 14, 2019 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Carol A. Doyle or any other Bankruptcy Judge presiding at 219 South Dearborn Street., Chicago, IL 60604 Courtroom 742. and shall present the **Motion to Obtain/Incur Debt**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before April 30, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 14-44772 |
| Tamika B Shambee ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Carol A. Doyle |

MOTION TO OBTAIN/INCUR DEBT

NOW COMES the Debtor, Tamika B Shambee, by and through her attorneys, Cutler and Associates, Ltd., and moves this Honorable Court to enter an order authorizing the Debtor to obtain financing for the purchase of a vehicle. In support thereof, Debtor states as follows:

1. That on December 17, 2014 the Debtor filed for Chapter 13 protection and her Plan was subsequently confirmed on May 12, 2015.
2. The confirmed Plan pays 11% to the general unsecured creditors and the payment schedule is as follows, $380.00 per month for 60 months.
3. That under the confirmed plan the Debtor owns a 2009 Chevy Traverse.
4. That the Debtor was involved in a motor vehicle accident on April 15, 2019 and the insurance company deemed the 2009 Chevy Traverse a total loss.
5. Debtors insurance company will be paying the claim out for the 2009 Chevy Traverse loan.
6. Debtor has found a 2019 Chevrolet Malibu she would like to purchase.
7. Debtor will be putting down $500, which was her payment for April for the 2009 Chevy Traverse, she is also receiving a $2,626.63 rebate being applied to the down payment for the vehicle, the rebate is a promotion given to her for being existing client, both the Debtor's down payment and the rebate, decreased the amount financed.
8. Debtor requires safe and reliable transportation to travel to and from work and for her two children.

9. The Debtor seeks permission of this Court to incur new debt that will result in her having monthly automobile installment payments of $534.68 for 72 months at the 17.99% interest rate. (See Exhibit A)

10. Debtor can afford this payment as she was previously paying a monthly automobile installment payment of $683.00 which has already been accounted for her in plan expenses and the new car payment is $148.32 less per month.

WHEREFORE, Debtor prays that this Court enter an order that will allow her to incur $23,276.91 in auto financing with monthly installment payments of $534.68 per month for 72 months at the 17.99 % interest rate.

Respectfully submitted;

Tamika B Shambee

By:   /s/ *David H. Cutler*

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600